UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT PETERSEN,<br><br>Defendant. | CR      3:25-cr-30057<br><br>REDACTED INDICTMENT<br><br>Assault With a Dangerous Weapon<br>(18 U.S.C. §§ 1152 and 113(a)(3))<br><br>Assault Resulting in Serious Bodily Injury<br>(18 U.S.C. §§ 1152 and 113(a)(6))<br><br>Using and Carrying a Firearm During and in Relation to a Crime of Violence<br>(18 U.S.C. § 924(c)(1)(A))<br><br>Forfeiture<br>(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)) |

The Grand Jury charges:

COUNT I

On or about April 4, 2025, in Dewey County, in Indian country, in the District of South Dakota, the defendant, Robert Petersen, did unlawfully assault Frank Hill, an Indian, with a dangerous weapon, that is, a firearm, with intent to do bodily harm to Frank Hill, all in violation of 18 U.S.C. §§ 1152 and 113(a)(3).

COUNT II

On or about April 4, 2025, in Dewey County, in Indian country, in the District of South Dakota, the defendant, Robert Petersen, did unlawfully assault Frank Hill, an Indian, and said assault resulted in serious bodily injury, all in violation of 18 U.S.C. §§ 1152 and 113(a)(6).

## COUNT III

On or about April 4, 2025, in Dewey County, in the District of South Dakota, the defendant, Robert Petersen, did knowingly discharge, brandish, carry, and use a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Assault with a Dangerous Weapon as charged in Count I, all in violation of 18 U.S.C. § 924(c)(1)(A).

A TRUE BILL:

***Name Redacted***

_____
Foreperson

ALISON J. RAMSDELL
United States Attorney

By: _____

## FORFEITURE NOTICE

1. The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offenses set forth in Counts I and III above, the defendant, Robert Petersen, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offenses, including, but not limited to:

    a. a Herbert Schmidt revolver, bearing serial number 612070;
    b. all other firearms seized on or about April 4, 2025;
    c. all other ammunition seized on or about April 4, 2025.