IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT PETERSEN,<br><br>    Defendant. | 3:25-cr-30057-ECS<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

The undersigned hereby enters his appearance as counsel in this case

for the Defendant, Robert Petersen.

Dated this 24th day of July, 2025.

        Respectfully submitted,

        JASON J. TUPMAN
        Federal Public Defender
        By:

        */s/ Tim Maher*
        Tim Maher, Assistant Federal Public Defender
        Attorney for Defendant Robert Petersen
        Office of the Federal Public Defender
        Districts of South Dakota and North Dakota
        101 South Pierre Street, Third Floor, Pierre, SD 57501
        Telephone: 605-224-0009; Facsimile: 605-224-0010
        filinguser_SDND@fd.org