IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT PETERSEN,<br><br>    Defendant. | 3:25-cr-30057-ECS<br><br>REQUEST FOR NOTICE<br>PURSUANT TO FED. R. EVID.<br>404(b), 609(b), and 807(b) |

Defendant above-named, Robert Petersen, by and through his undersigned attorney, Assistant Federal Public Defender Tim Maher, requests that the U.S. Attorney provide the undersigned with the following:

1.     Notice of the general nature of any and all evidence which the United States intends to offer at trial, pursuant to the provisions of Fed. R. Evid. 404(b), sufficiently in advance of trial so Defendant is afforded a fair opportunity to contest the use of the evidence;

2.     Notice of any conviction or convictions with respect to which a period of more than 10 years has elapsed since the date of the conviction, pursuant to the provisions of Fed. R. Evid. 609(b), which the United States intends to offer at trial for the purpose of attacking the credibility of Defendant or any witness,

sufficiently in advance of trial so Defendant is afforded a fair opportunity to contest the use of the evidence; and

3.      Notice of any evidence of material which the United States intends to offer at trial under the residual hearsay exception provisions of Fed. R. Evid. 807 sufficiently in advance of trial so Defendant is afforded a fair opportunity to contest the use of the evidence.

Defendant requests that this information be provided no later than the deadline set by the Court for the disclosure of discovery by the government or, if no order setting a deadline for the government's disclosure of discovery is entered, no later than 15 days before trial.

Dated this 24th of July, 2025.

Respectfully submitted,

JASON J. TUPMAN
Federal Public Defender
By:

*/s/ Tim Maher*
Tim Maher, Assistant Federal Public Defender
Attorney for Defendant Robert Petersen
Office of the Federal Public Defender
Districts of South and North Dakota
101 South Pierre St., Third Floor, Pierre, SD 57501
Telephone: (605)224-0009; Facsimile: (605)224-0010
filinguser_SDND@fd.org