## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## CENTRAL DIVISION

Mark A. Moreno, United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SF | Recorded by – FTR |
| Courtroom - PR BC | Date – July 24, 2025 |
| U.S. Probation Officer – Not Present | |

### 3:25-cr-30057-ECS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT PETERSEN, <br><br> Defendant. | Carl Thunem for <br> Wayne Venhuizen <br><br><br><br> Tim Maher |

| | |
|---|---|
| Time Hearing Set to Begin: 2:30 p.m. | Time Hearing Began: 2:28 p.m. |
| Defendant's Age: 70 | Education: HS Diploma |

**INITIAL APPEARANCE (8** mins)

Defendant received a copy of the Indictment with a penalty page and understands the allegations and maximum possible penalties. Court recites the Indictment in open court.

Defendant advised of right to remain silent and to counsel

Defendant does not qualify for court appointed counsel. Court will grant Mr. Maher for today's proceedings but ordered the defendant to hire his own attorney. **An arraignment/status hearing will be scheduled for August 4th, 2025 at 1:30.**

**DETENTION HEARING** (16 mins.)
Mr. Thunem advises the Government seeks continued detention
Mr. Maher offers remarks in support of release

Court grants the request to be released and will file an order

**Oral Order:**  As required by Rule 5(f) of the Rules of Criminal Procedure, the United States is ordered to disclose to the Defendant all exculpatory evidence, that is, evidence that favors the Defendant or casts doubt on the United States' case, to the Defendant as required by *Brady v. Maryland* and its progeny.  Not doing so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

Court in Recess at 2:52 p.m.
Time in Court:  24 minutes