UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:25-cr-30057 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S INFORMED CONSENT TO** |
| v. | ) | **CONTINUANCE** |
| | ) | |
| ROBERT PETERSEN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendant hereby consents to the Motion to Continue filed on my behalf. I understand that consent to this Motion to Continue means that the delay requested is excluded from counting under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq.

I have discussed this matter with my counsel and I have had my questions concerning the motion to continue answered. I have been advised of my rights under the Speedy Trial Act and my constitutional right to a speedy trial under the Sixth Amendment to the United States Constitution. This consent is being made by me freely, voluntarily, and with full knowledge of the consequences of this Motion to Continue.

Dated this _18th_ day of August, 2025

_Robert Petersen_
Robert Petersen

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:25-cr-30057 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO CONTINUE** |
| v. | ) | **TRIAL DATE** |
| | ) | |
| ROBERT PETERSEN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**COMES NOW,** Robert Petersen, through his attorney, Cody L. Honeywell, and moves the Court for an Order extending the trial setting of September 30, 2025, and the all other related pretrial deadlines, by at least 90 days.

As grounds, Defendant states:

1.  Defendant made his initial appearance on July 24, 2025.

2.  An arraignment was held on August 4, 2025.

3.  The trial date is currently set for September 30, 2025.

4.  Defense counsel has advised Defendant of this motion, its purpose, and constitutional and statutory right to a speedy trial, under 18 U.S.C. § 3161 *et seq.* A Consent to the continuance has been signed by Defendant.

5.  Defendant is out of custody at this time.

6.  The undersigned further represents to the Court this is made neither for undue delay nor other improper reason. Counsel makes this request for the Defendant to have the reasonable time for effective preparation, taking into account the exercise of due diligence.

WHEREFORE, Defendant Robert Petersen, requests that the Court continue the trial setting to a time at least 90 days past September 30, 2025, and that the plea agreement deadline and all related pretrial deadlines be continued.

Dated this ___10___ day of August, 2025

MAY, ADAM, GERDES & THOMPSON LLP

BY: _____
CODY L. HONEYWELL
Attorneys for Defendant
503 South Pierre Street
PO Box 160
Pierre, SD  57501-0160
(605) 224-8803